Order Filed on July 28, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CROSS & SIMON, LLC
Kevin S. Mann, Esq.
Michael J. Joyce, Esq.
1105 N. Market Street, Suite 901
Wilmington, DE  19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
kmann@crosslaw.com
*Counsel for Hyundai Merchant Marine Co., Ltd., Hyundai Merchant Marine (America), Inc., Mitsui O.S.K. Lines, Ltd. and MOL (America) Inc.*

| | |
|---|---|
| In re: | Case No. 16-15033 (JKS) |
| KHAWAR BAQI, | Chapter 7 |
| Debtor. | Hearing Date:  July 26, 2016 at 10:00 a.m. |
| | Judge:  The Honorable John K. Sherwood |

## ORDER GRANTING MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE/DISCHARGEABILITY

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: July 28, 2016**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor: Khawar Baqi
Chapter 7 Case No. 16-15033 (JKS)

**Order Granting Motion to Extend Time to Object to Discharge/Dischargeability**

---

AND NOW, the Court having reviewed the Motion of Hyundai Merchant Marine Co., Ltd. and Hyundai Merchant Marine (America), Inc. (together, "Hyundai") and Mitsui O.S.K. Lines, Ltd., acting by and through its U.S. general agent, MOL (America) Inc. ("MOL" or, together with Hyundai, ("Movants")) for entry of an order extending the time to object to discharge of any of Debtor's debts, and it appearing that sufficient cause exists for granting the relief requested therein,

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that Movants are granted an extension of time through August 16, 2016 within which to file a complaint and/or object to discharge of any of Debtor's debts.